**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**CARNELL JACKSON,**                                                                          **PLAINTIFF**
**ADC #5043-11**

**v.**                          **CASE NO. 4:11CV00469 BSM/BD**

**GREG HARMON, Warden,**                                                              **DEFENDANTS**
**East Arkansas Regional Unit et al.**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Beth Deere. No objections were filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.  Plaintiff's claims against Pulaski County and Shawn Smith be DISMISSED without prejudice.

2.  Plaintiff's claim that Deputies Robinson and Mundy failed to follow PCRDF policy be DISMISSED with prejudice.

Dated this 4th day of October 2011.

_____
UNITED STATES DISTRICT JUDGE