## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CARNELL JACKSON,**                                                                                      **PLAINTIFF**
**ADC #144389**

**V.**                            **CASE NO. 4:11CV00469 BD**

**PULASKI COUNTY, et al.**                                                                                **DEFENDANTS**

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 17th day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE